UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:12-CR-00293-BR

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | ORDER AND JUDGMENT OF |
| v. ) | FORFEITURE |
| ) | |
| WILLIAM NEVILLE DOWE ) | |
| ) | |

WHEREAS, pursuant to the Memorandum of Plea Agreement entered into by the defendant, William Neville Dowe, on December 3, 2012, the following property is hereby forfeitable pursuant to 18 U.S.C. § 981(a)(1)(C), to wit: gross proceeds in the amount of $ 15,000, it is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon said Memorandum of Plea Agreement, the United States is hereby AUTHORIZED to seize the above-stated personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n), as allowed by Fed. R. Crim. P. 32.2(c). In addition,

2. That JUDGMENT is entered for the amount of the gross proceeds, that is, $15,000, as allowed by Fed. R. Crim. P. 32.2(b)(2)(A), and in accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order and Judgment shall become final as to the defendant upon entry; and

3. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order and Judgment of Forfeiture in the

applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

This 16 January 2013.

									_____
									W. Earl Britt
									Senior U.S. District Judge